UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEREK & MATTHEW BISETTE FARMS; BRANTLEY FARMS, INC.; ERW FARMS, LLC; NICHOLS & NICHOLS FARMS, INC.; and ROCK RIDGE FARM PARTNERSHIP, <br><br>　　　　Appellants, <br><br>v. <br><br>BISSETT PRODUCE, INC. and AGCAROLINA FARM CREDIT, ACA, <br><br>　　　　Appellees. | **JUDGMENT** <br><br>No. 5:14-CV-451-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated May 21, 2014.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 2, 2015, that the decision of the bankruptcy court is AFFIRMED. Defendants' motion to dismiss for failure to state a claim upon which relief can be granted is GRANTED.

**This Judgment Filed and Entered on February 2, 2015, and Copies To:**

Kate Ellis (via CM/ECF Notice of Electronic Filing)
Stephen P. McCarron (via CM/ECF Notice of Electronic Filing)
Jason L. Hendren (via CM/ECF Notice of Electronic Filing)
Lawrence H. Meuers (via CM/ECF Notice of Electronic Filing)
Paul N. Blake, III (via CM/ECF Notice of Electronic Filing)
Rebecca F. Redwine (via CM/ECF Notice of Electronic Filing)
Jill C. Walters (via CM/ECF Notice of Electronic Filing)
Lisa P. Sumner (via CM/ECF Notice of Electronic Filing)

February 2, 2015　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk